UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

PTP ONECLICK, LLC

        Plaintiff,

v.

AVALARA, INC.

        Defendant.

Case No.

## DISCLOSURE STATEMENT

The undersigned counsel of record for PTP OneClick, LLC furnishes the following list according to Civil L.R. 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure:

1. The full name of the party the undersigned represents is PTP OneClick, LLC;

2. Not applicable; and

3. The attorneys of the law firms of Jones Day and Godfrey & Kahn, S.C. are the only firms expected to appear on behalf of PTP OneClick, LLC in this action.

Dated this 22nd day of October, 2018.

> By:   s/ Jonathan T. Smies
> Jonathan T. Smies
> State Bar No. 1045422
> Godfrey & Kahn, S.C.
> 200 South Washington Street, Suite 100
> Green Bay, WI 54301-4298
> Phone: 920-432-9300
> Fax: 920-436-7988
> Email: jsmies@gklaw.com
>
> *Of counsel:*
>
> William E. Devitt
> Timothy J. Heverin
> Collin J. Kurtenbach
> Jones Day
> 77 W. Wacker, Ste. 3500
> Chicago, IL 60601-1692
> Phone: 312-782-3939
>
> *Attorneys for Plaintiff PTP OneClick, LLC*

19655545.1