# AFFIDAVIT OF SERVICE

| Case:<br>18-C-1671 | Court:<br>United States District Court for the Eastern District of Wisconsin | County:<br>, NA | Job:<br>2751164 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>PTP OneClick LLC | | **Defendant / Respondent:**<br>Avalara Inc. | |
| **Received by:**<br>Dane County Civil Process, LLC | | **For:**<br>Godfrey & Kahn - Green Bay | |
| **To be served upon:**<br>Avalara Inc. | | | |

I, David Overlin, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jesse Dahlke, CSR, Avalara Inc., c/o CT Corporation System, Company: 301 S Bedford St Suite 1, Madison, WI 53703

**Manner of Service:** Registered Agent, Oct 23, 2018, 1:50 pm CDT

**Documents:** Summons in a Civil Action (Received Oct 23, 2018 at 11:00 am CDT), Complaint, Civil Cover Sheet, Disclosure Statement, Exhibits 1-4

### Additional Comments:

1) Successful Attempt: Oct 23, 2018, 1:50 pm CDT at Company: 301 S Bedford St Suite 1, Madison, WI 53703 received by Jesse Dahlke, CSR, Avalara Inc., c/o CT Corporation System. Age: 35-40; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'7"; Hair: Brown; Served.

**Fees:** $45.00

| | |
|---|---|
| David Overlin | 10/25/2018 |
| | Date |

Dane County Civil Process, LLC
2810 Crossroads Rd. Suite 4000 PO Box 8066
Madison, WI 53708-8066
608-906-2917

Subscribed and sworn to before me by the affiant who is personally known to me.

**Notary Public**

| 10/25/2018 | June 12th, 2020 |
|---|---|
| Date | Commission Expires |



Civil Action No. 18-C-1671

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Avalara Inc., c/o CT Corporation System

was received by me on *(date)*        10/23/2018        .

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jesse Dahlke, CSR, CT Corporation System        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Avalara Inc.

_____ on *(date)*     10/23/2018     ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $      0.00      for travel and $      45.00      for services, for a total of $      45.00      .

I declare under penalty of perjury that this information is true.

Date:      10/25/2018

_____
*Server's signature*

David Overlin, Process Server
*Printed name and title*

Dane County Civil Process, LLC
608-849-6420
2810 Crossroads Dr., Suite 4000, Madison, WI  53718
*Server's address*

Additional information regarding attempted service, etc:

Also served: Complaint, Civil Cover Sheet, Disclosure Statement, Exhibits 1-4