UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

PTP ONECLICK, LLC,

    Plaintiff,

v.

AVALARA, INC.,

    Defendant.

No. Case No. 1:18-cv-01671-WCG

## DEFENDANT AVALARA, INC.'S
## MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

    Defendant Avalara Inc., ("Avalara") through undersigned counsel, hereby moves the Court to transfer this action for trial and all other purposes to the United States District Court for the Western District of Washington (at Seattle) pursuant to 28 U.S.C. § 1404(a).

    This motion is supported by Defendant Avalara's Memorandum in Support of Motion to Transfer Venue Under 28 U.S.C. 1404(a), the Declaration of Marshal Kushniruk in Support of Avalara's Motion to Transfer Venue Under 28 U.S.C. 1404(a), and the record in this case.

DATED: November 6, 2018

s/ *Brandon M. Lewis*
Brandon M. Lewis, WI Bar No 1086824
BLewis@perkinscoie.com
Perkins Coie LLP
One East Main Street, Suite 201
Madison, WI 53703-5118
Telephone: 608.663.7468
Facsimile: 608.663-7499

Ryan J. McBrayer (Admission to be filed)
RMcBrayer@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Daniel T. Keese (Admission to be filed)
DKeese@perkinscoie.com
Perkins Coie LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Defendant*
*Avalara, Inc.*

141925589.1