UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

PTP ONECLICK, LLC,

    Plaintiff,

v.

AVALARA, INC.,

    Defendant.

No. Case No. 1:18-cv-01671-WCG

**DEFENDANT AVALARA, INC.'S**
**MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant Avalara Inc., ("Avalara") through undersigned counsel, hereby moves the Court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is supported by Defendant Avalara's Memorandum in Support of Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6), the Declaration of Brandon M. Lewis in Support of Avalara's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6), and the record in this case.

DATED:  November 6, 2018        s/ *Brandon M. Lewis*
                                _____
                                Brandon M. Lewis, WI Bar No 1086824
                                BLewis@perkinscoie.com
                                Perkins Coie LLP
                                One East Main Street, Suite 201
                                Madison, WI  53703-5118
                                Telephone:  608.663.7468
                                Facsimile:  608.663-7499

                                Ryan J. McBrayer (Admission to be filed)
                                RMcBrayer@perkinscoie.com
                                Perkins Coie LLP
                                1201 Third Avenue, Suite 4900
                                Seattle, WA 98101
                                Telephone:  206.359.8000
                                Facsimile:  206.359.9000

                                Daniel T. Keese (Admission to be filed)
                                DKeese@perkinscoie.com
                                Perkins Coie LLP
                                1120 NW Couch Street, Tenth Floor
                                Portland, OR 97209-4128
                                Telephone:  503.727.2000
                                Facsimile:  503.727.2222

                                *Attorneys for Defendant*
                                *Avalara, Inc.*