UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| PTP ONECLICK, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AVALARA, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01671-WCG |

### DECLARATION OF BRANDON M. LEWIS IN SUPPORT OF AVALARA, INC.'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

I, Brandon Lewis, hereby declare as follows:

1.　　I am one of the attorneys for Defendant Avalara, Inc., in the above-captioned action, and make this declaration in support of Defendant Avalara Inc.'s Motion to Dismiss Plaintiff PTP OneClick LLC's Complaint.

2.　　Attached hereto as **Exhibit 1** is a true and correct copy of a first part of the File History for U.S. Patent No. 9,760,915 that was downloaded from the United States Patent and Trademark Office.

3.　　Attached hereto as **Exhibit 2** is a true and correct copy of the remainder of the File History for U.S. Patent No. 9,760,915 that was downloaded from the United States Patent and Trademark Office.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated this 7th day of November, 2018.

>*/s/ Brandon M. Lewis*
> Brandon M. Lewis

142012491.2