AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| PTP ONECLICK, LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-CV-01671-WCG |
| AVALARA, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AVALARA, INC., .

Date: 11/07/2018

s/ Brandon M. Lewis
*Attorney's signature*

Brandon M. Lewis, 1086824
*Printed name and bar number*

Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703
*Address*

BLewis@perkinscoie.com
*E-mail address*

(608) 663-7460
*Telephone number*

(608) 663-7499
*FAX number*